

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

04-24-00100-CV

**IN RE** J. Douglas **SUTTER** and Karen S. Sutter, Relators

Original Proceeding[1]

PER CURIAM

Sitting:      Rebecca C. Martinez, Chief Justice
Irene Rios, Justice
Liza A. Rodriguez, Justice

Delivered and Filed: March 6, 2024

PETITION FOR WRIT OF MANDAMUS DENIED

On February 9, 2024, relators filed a renewed petition for writ of mandamus. After considering the petition and the record, this court concludes relators are not entitled to the relief sought. Accordingly, relators' petition for writ of mandamus is **DENIED** without prejudice. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 21-1492-CV-E, styled *J. Douglas Sutter and Karen S. Sutter v. Guadalupe Appraisal District*, pending in the 25th Judicial District Court, Guadalupe County, Texas, the Honorable Margaret Garner Mirabal presiding.